Writ denied. After a review of the transcript of the evidentiary hearing we are not warranted in exercising our original or supervisory jurisdiction.

Writ denied. There is no showing the 1965 guilty plea was involuntary.

255 So.2d 770

STATE of Louisiana ex rel.
James GWIN

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52018.

Jan. 4, 1972.

In re: James Gwin applying for writ of habeas corpus and certiorari.

Application denied. The showing made reveals that relator is not entitled to the relief sought.

255 So.2d 770

STATE of Louisiana ex rel.
Denny Dean SHAW

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52014.

Jan. 4, 1972.

In re: Denny Dean Shaw applying for writs of prohibition, mandamus and certiorari.